# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

HUMBERTO VALENTIN VELASQUEZ,

      Petitioner,

v.                                  No. 1:26-cv-01974-MLG-GJF

TODD BLANCHE, Acting
U.S. Attorney General, et al.,

      Respondents.

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AND DIRECTING RESPONDENTS TO IMMEDIATELY RELEASE PETITIONER**

This matter is before the Court on Petitioner Humberto Valentin Velasquez's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 ("Petition"). Doc. 1. The Court, having considered the Petition, and having held a hearing on August 7, 2026, and being otherwise fully informed, finds that it is well taken and should be granted.

For the reasons stated on the record during the August 7, 2026 hearing, and incorporating the holdings and reasoning provided in *Santillan Quiroz v. Mullin*, 180 F.4th 1226 (10th Cir. 2026), *Diallo v. Orozco*, 2026 U.S. Dist. LEXIS 45619 (D.N.M. Mar. 4, 2026), and *Cortez-Gonzalez v. Noem*, 811 F. Supp. 3d 1287 (D.N.M. 2025), the Court grants the Petition.

Velasquez shall be released within twenty-four hours of the entry of this Order. She shall be released with all identification documentation that he possessed on his person when detained by Respondents in September 2025 along with a copy of this Order.

Velasquez may not be re-detained without a pre-detention hearing before a neutral immigration judge and only following a showing by clear and convincing evidence that Velasquez is a flight risk or poses a danger to the community and that no conditions other than his detention

would be sufficient to prevent such harms. Velasquez shall receive at least seven (7) days' notice before the pre-detention hearing takes place.

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA